# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Pait, | No. CV-23-00141-TUC-JAS |
| Petitioner, | **ORDER** |
| v. | |
| Mark Gutierrez, | |
| Respondent. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald that recommends denying Petitioner's Petition for Writ of Habeas Corpus and dismissing this case with prejudice. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

///

///

///

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Magistrate Judge Macdonald's Report and Recommendation (Doc. 11) is **accepted and adopted**.

(2) The Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.

(3) This case is **dismissed with prejudice**.

Dated this 10th day of January, 2024.

Honorable James A. Soto
United States District Judge